**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Paul**<br>First name<br><br>**T**<br>Middle name<br><br>**Von Nessi**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Paul VonNessi**<br>**Paul T von Nessi** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-9514** | |

Debtor 1   **Paul T Von Nessi** _____     Case number *(if known)* _____

Official Form 101

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** *Include trade names and doing business as names* | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **24 Walnut Court**<br>**South Orange, NJ 07079**<br>Number, Street, City, State & ZIP Code<br><br>**Essex**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1  **Paul T Von Nessi** _____  Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Paul T Von Nessi** _____   Case number *(if known)* _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

| Debtor 1 | Paul T Von Nessi | Case number *(if known)* |
|---|---|---|

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br>     ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br>     ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br>     ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br>     ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br>     ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br>     ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Paul T Von Nessi**                                                                 Case number *(if known)*

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**
- ■ No. I am not filing under Chapter 7. Go to line 18.
- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

**18. How many Creditors do you estimate that you owe?**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Paul T Von Nessi
_____
**Paul T Von Nessi**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **2/01/2019**
              MM / DD / YYYY

Executed on  _____
              MM / DD / YYYY

Debtor 1  **Paul T Von Nessi**  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ HERBERT B. RAYMOND, ESQ.**           Date  **2/01/2019**
Signature of Attorney for Debtor                  MM / DD / YYYY

**HERBERT B. RAYMOND, ESQ. HR#1379**
Printed name

**HERBERT B. RAYMOND, ESQ.**
Firm name

**7 GLENWOOD AVENUE
SUITE 408
EAST ORANGE, NJ 07017**
Number, Street, City, State & ZIP Code

Contact phone  **973-675-5622**           Email address  **BANKRUPTCY123@COMCAST.NET**

**HR#1379 NJ**
Bar number & State

American Honda Finance
Attn: Bankruptcy
P0 Box 168088
Irving, TX 75016

American Honda Finance
201 Little Falls Drive
Wilmington, DE 19808

ARstrat
Po Box 33720
Detroit, MI 48232

ARstrat
9800 Centre Parkway
Suite 1100
Houston, TX 77036

Bank Of America
4909 Savarese Circle
Tampa, FL 33634

Bank Of America
P0 Box 982238
El Paso, TX 79998

Bank of America
PO Box 530082
Atlanta, GA 30353-0802

Bank of America
Attn: Bankruptcy
PO Box 26012
Greensboro, NC 27410

BCA Financial Services
PO Box 1037
Bloomfield, NJ 07003

BCA Financial Services
18001 Old Cutter Road
Suite 462
Miami, FL 33157

Bostwick Laboratories
P0 Box 403751
Atlanta, GA 30384

Bureau of Account Management
Attn: Bankruptcy
P0 Box 538
Howell, NJ 07731

Bureau of Account Management
3601 Us Highway 9
Howell, NJ 07731

Bureau of Accounts Control
P0 Box 538
Howell, NJ 07731

Business Revenue Systems, Inc.
PO Box 13077
Des Moines, IA 50310

Celentano. Stadtmauer & Walentowicz
PO Box 2594
Clifton, NJ 07015-2594

Celentano. Stadtmauer & Walentowicz
PO Box 2594
1035 Route 46
Clifton, NJ 07015-2594

Credit Bureau of Lancaster County Inc.
PO Box 1271
Lancaster, PA 17606

Forman and Hertz, MD
1500 Pleasant Valley Way
Suite 302
West Orange, NJ 07052

Hackensack Non-invasive Vascular Lab
PO Box 9500-4590
Philadelphia, PA 19195

Hackensack Non-invasive Vascular La
PO Box 34910
Newark, NJ 07189

Hackensack University
PO Box 8505
Pompano Beach, FL 33075

Hackensack University MC
PO Box 30700
New York, NY 10087

Hackensack University MC
PO Box 30700
New York, NY 10087

Hackensack University Medical Cen
PO Box 48028
Newark, NJ 07101

Hackensack University Medical Cen
30 Prospect Street
Hackensack, NJ 07601

Hackensack University Medical Cen
30 Prospect Street
PO Box 48028
Hackensack, NJ 07601

Hackensack University Medical Cen
30 Prospect Street
Hackensack, NJ 07601

Hackensack University Medical Cen
PO Box 48027
Newark, NJ 07101

Hackensack University Medical Gro
PO Box 9500-4535
Philadelphia, PA 19195

Hackensack University Medical Group
PO Box 9500-4535
Philadelphia, PA 19195

IRS
PO Box 219236
Kansas City, MO 64121

New Jersey Healthcare Specialist P
PO Box 419378
Boston, MA 02241

Honda
National Service Center
PO Box 165378
Irving, TX 75016

IRS
PO Box 9019
Holtsville, NY 11742

New Jersey Healthcare Specialist P
PO Box 417191
Boston, MA 02241

Honda Finance
PO Box 7829
Philadelphia, PA 19101-7870

Macy's
PO Box 78008
Phoenix, AZ 85062

New Jersey Imaging Network
27695 Network Place
Chicago, IL 60673

Imaging Consultants of Essex, P.A.
PO Box 3247
Indianapolis, IN 46206

Macy's
9111 Duke Blvd.
Mason, OH 45040

NJ Urology
1515 Broad Street
Suite B130
Bloomfield, NJ 07003

Imaging Consultants of Essex, P.A.
PO Box 371863
Pittsburgh, PA 15250

Macy's Bankruptcy
PO Box 8053
Mason, OH 45040

NJ Urology
PO Box 95000
Philadelphia, PA 19195

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114

Macy's Visa
P0 Box 745012
Cincinnati, OH 45274

Northfield Bank
581 Main Street
Suite 810
Woodbridge, NJ 07095

Internal Revenue Service
PO Box 57
Bensalem, PA 19020

Macy's Visa
P0 Box 9001108
Louisville, KY 40208

Northfield Bank Loan Dept.
581 Main Street
Suite 810
Woodbridge, NJ 07095

Internal Revenue Service
Philadelphia, PA 19255-0010

Mountainside Hospital
PO Box 30700
New York, NY 10087

Northfield Bank Loan Servicing Dep
581 Main Street
Suite 810
Woodbridge, NJ 07095

Internal Revenue Service
ACS Support
PO Box 219236
Kansas City, MO 64121

NCO
PO Box 41567
Philadelphia, PA 19101

Northfield Bank NA
581 Main Street
Suite 810
Woodbridge, NJ 07095

IRS
PO Box 804527
Cincinnati, OH 45280

NCO
507 Prudential Road
Horsham, PA 19044

Online Collections
Attn: Bankruptcy
P0 Box 1489
Winterville, NC 28590

| | | |
|---|---|---|
| Online Collections<br>Attn: Bankruptcy<br>P0 Box 1489<br>Winterville, NC 28590 | Saint Barnabas Health Care Systems<br>PO Box 903<br>Oceanport, NJ 07757 | Santander Bank<br>2 Morrissey Boulevard<br>Boston, MA 02125 |
| Online Collections<br>Attn: Bankruptcy<br>Po Box 1489<br>Winterville, NC 28590 | Saint Barnabas Hospital<br>94 Old Short Hills Rd.<br>Livingston, NJ 07039 | Santander Bank Na<br>75 State Street<br>Boston, MA 02109 |
| Online Collections<br>Pob 1489<br>Winterville, NC 28590 | Saint Barnabus EMA<br>PO Box 6251<br>Parsippany, NJ 07054 | Savit Collection Agency<br>Attn: Bankruptcy<br>P0 Box 250<br>East Brunswick, NJ 08816 |
| Online Collections<br>202 W Firetower Road<br>Winterville, NC 28590 | Saint Barnbas Medical Center<br>PO Box 18623<br>Newark, NJ 07191-8623 | SaVit Collection Agency<br>Po Box 250<br>East Brunswick, NJ 08816 |
| Online Collections<br>4917 Professional Center<br>Raleigh, NC 27609 | Santander<br>PO Box 660633<br>Dallas, TX 75266 | Shapiro & Denardo<br>14000 Commerce Parkway<br>Suite B<br>Mount Laurel, NJ 08054 |
| Online Collections<br>Pob 1489<br>Winterville, NC 28590 | Santander<br>PO Box 16255<br>Reading, PA 19612 | Shapiro & Denardo LLC<br>14000 Commerce Parkway<br>Suite B<br>Mount Laurel, NJ 08054 |
| Online Collections<br>Pob 1489<br>Winterville, NC 28590 | Santander<br>601 Penn Street<br>Reading, PA 19601 | Sovereign Bank<br>PO Box 12646<br>Reading, PA 19612 |
| Online Collections<br>Pob 1489<br>Winterville, NC 28590 | Santander<br>PO Box 12768<br>Reading, PA 19612 | Sovereign Bank<br>1130 Berkshire Blvd<br>3rd Floor<br>Wyomissing, PA 19610 |
| Online Collections Inc<br>Attn: Bankruptcy<br>P0 Box 1489<br>Winterville, NC 28590 | Santander Bank<br>2 Morrissey Boulevard<br>Boston, MA 02125 | St. Barnabas Medical Center<br>2 Crescent Place<br>Oceanport, NJ 07757 |
| Revenue Systems Inc.<br>PO Box 13077<br>Des Moines, IA 50310 | Santander Bank<br>1130 Berkshire Bv<br>Wyomissing, PA 19610 | St. Barnabus EMA<br>PO Box 417442<br>Boston, MA 02241 |

St. Barnabus Healthcare
PO Box 29965
New York, NY 10087

Summit Medical Group
PO Box 19000
Belfast, ME 04915

Vengroff, Williams and Associates
PO Box 4155
Sarasota, FL 34230

St. Barnabus Healthcare
Po Box 32053
New York, NY 10087

Summit Medical Group
PO Box 14099
Belfast, ME 04915

Vengroff, Williams and Associates
777 Larkfield Road
Commack, NY 11725

State of New Jersey
Division of Taxation
50 Barrack Street, P.O. Box 269
Trenton, NJ 08646

Toyota Motor Credit
PO Box 5856
Carol Stream, IL 60197

Visa Dept Store National Bank/Mac
Attn: Bankruptcy
P0 Box 8053
Mason, OH 45040

State of New Jersey
Division of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08646-0245

Toyota Motor Credit
P0 Box 2730
Torrance, CA 90509

Visa Dept Store National Bank/Mac
Po Box 8218
Mason, OH 45040

State of New Jersey
Division of Taxation
153 Halsey Street
Newark, NJ 07101

Toyota Motor Credit Company
Toyota Financial Services
P0 Box 8026
Cedar Rapids, IA 52408

Wells Fargo Bank
Attn: Collections Manager
7000 Vista Drive
West Des Moines, IA 50266

State of New Jersey
Division of Revenue
PO Box 262
Trenton, NJ 08646

Toyota Motor Credit Corporation
Attn: Asset Protection Department
PO Box 2958
Torrance, CA 90509-2958

Wells Fargo Bank
PO Box 1225
Charlotte, NC 28201-1225

State of New Jersey
Division of Revenue
PO Box 262
Trenotn, NJ 08464-0262

Toyota Motor Credit Corporation
19001 South Western Avenue, TC13
Torrance, CA 90509-2958

Wells Fargo Bank
PO Box 28724
Kansas City, MO 64118

State of New Jersey
Bankruptcy Unit
50 Barrack Street
PO Box 245
Trenton, NJ 08695-0267

Transworld
One Huntington Quadrangle
Suite 2801
Melville, NY 11747

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104

Summit Atlantic Surgery Center
Attn# 158355
PO Box 14000
Belfast, ME 04915

Transworld Systems
5880 Commerce Boulevard
Rohnert Park, CA 94928

Wells Fargo Equity Group
P0 Box 31557
Billings, MT 59107

Summit Medical Group
PO Box 8549
Belfast, ME 04915

TSI
500 Virginia Drive
Suite 514
Fort Washington, PA 19034

Wells Fargo Home Loans
1 Home Campus
Des Moines, IA 50328

Wells Fargo Home Loans
PO Box 6000
Fort Mill, SC 29715


Wells Fargo Home Loans
1 Home Campus
Des Moines, IA 50328


Wells Fargo Home Mortgage
4080 Hallmark Parkway
San Bernardino, CA 92407


Wells Fargo Home Mortgage
PO Box 10437
Des Moines, IA 50306